AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Moore, Karen N. | 2. Court or Organization<br><br>U.S. Court of Appeals-6th Cir. | 3. Date of Report<br><br>05/11/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |

| 7. Chambers or Office Address<br><br>Carl B. Stokes U.S. Courthouse<br>801 W. Superior Ave., Ste 21A<br>Cleveland, Ohio 44113-1831 |
|---|

| *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* |
|---|

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President, Board of Overseers | Harvard University |
| 2. | Executor | Estate #1 |
| 3. | Trustee | Trust #1 |
| 4. | Trustee | Trust #2 |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Karen N. | 05/11/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Harvard University | 2/7/15 - 2/8/15 | Cambridge, MA | Board Meeting | Transportation, food, lodging |
| 2. | Harvard University | 3/28/15 - 3/30/15 | Cambridge, MA | Board Meeting | Transportation, food, lodging |
| 3. | Harvard University | 5/26/15 - 5/29/15 | Cambridge, MA | Board Meeting | Transportation, food, lodging |
| 4. | Harvard University | 6/29/15 - 6/30/15 | Cambridge, MA | Board Meeting | Transportation, food, lodging |
| 5. | Harvard University | 9/26/15 - 9/27/15 | Cambridge, MA | Board Meeting | Transportation, food, lodging |
| 6. | Harvard University | 12/4/15 - 12/7/15 | Cambridge, MA | Board Meeting | Transportation, food, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Karen N. | 05/11/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Karen N. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Key Bank Account | A | Interest | M | T | | | | | |
| 2. Deutsche Cash Investment Trust | A | Dividend | J | T | | | | | |
| 3. Deutsche Managed Municipal Bonds | D | Distribution | M | T | | | | | |
| 4. IRA T. Rowe Price New Horizons Fund | E | Distribution | N | T | | | | | |
| 5. TIAA (Pension Fund) | E | Interest | O | T | | | | | |
| 6. CREF (Pension Fund) | | None | P1 | T | | | | | |
| 7. Vanguard Wellesley Income Fund (Retirement Fund) | D | Dividend | L | T | | | | | |
| 8. Vanguard Windsor Fund (Retirement Fund) | D | Dividend | M | T | | | | | |
| 9. Vanguard Wellington Fund (Retirement Fund) | D | Dividend | M | T | | | | | |
| 10. Pension Plan---Dodge & Cox Stock Fund | C | Int./Div. | L | T | | | | | |
| 11. Pension Plan--Blkrk Infl Pro Bd K | A | Dividend | J | T | | | | | |
| 12. Pension Plan--Fidelity Capital Appreciation K | D | Dividend | K | T | | | | | |
| 13. Pension Plan--Artisan Intl Inst | A | Dividend | K | T | | | | | |
| 14. T. Rowe Price Growth Stock | C | Distribution | K | T | Buy | 04/17/15 | J | | |
| 15. IRA American Funds--Capital World Growth & Income CL A | A | Dividend | K | T | | | | | |
| 16. IRA American Funds--Investment Co of Am CL A | B | Dividend | K | T | | | | | |
| 17. Pension Plan--Baird Core Plus Inst | A | Dividend | K | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Karen N. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Pension Plan--EV AC SMID Cap R6 | C | Dividend | K | T | | | | | |
| 19. Pension Plan--Glenmede Sm Cap Eq Is | A | Dividend | K | T | | | | | |
| 20. American Funds--Capital Inc Bldr Fund CL A | A | Dividend | J | T | | | | | |
| 21. Pension Plan--Opp Dev Mkt Y | A | Dividend | K | T | | | | | |
| 22. PNC Money Market | A | Interest | K | T | | | | | |
| 23. TD Bank | A | Interest | | | Closed | 06/29/15 | K | | |
| 24. Wells Fargo Money Mkt | A | Interest | | | Closed | 02/13/15 | O | | |
| 25. Key Bank Checking | A | Interest | | | Closed | 07/15/15 | M | | |
| 26. PNC Money Mkt | A | Interest | | | Closed | 07/01/15 | M | | |
| 27. First Fed. Lakewood S&L | A | Interest | | | Closed | 06/23/15 | M | | |
| 28. Huntington Nat. Bank Money Mkt | A | Interest | | | Closed | 06/23/15 | M | | |
| 29. IRA Income Fund of Am Fd CL A | A | Dividend | K | T | | | | | |
| 30. Franklin Rising Div Fd | A | Dividend | J | T | | | | | |
| 31. Income Fund of Am Fd CL A | A | Dividend | J | T | | | | | |
| 32. Franklin Mut Glbl DScv Fd CL A | A | Distribution | J | T | | | | | |
| 33. Franklin Fltg Rate Dly Access | A | Dividend | J | T | | | | | |
| 34. Franklin Fed Tax Free Income CL A | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Karen N. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Franklin High Yield Tax Free | A | Dividend | J | T | | | | | |
| 36. Franklin Fed Intr-TM Tx FR Incm | A | Dividend | J | T | | | | | |
| 37. IRA American Fnd New Perspective Fd CL A | A | Distribution | J | T | | | | | |
| 38. Key Bank Checking | A | Interest | | | Closed | 12/30/15 | L | | |
| 39. Key Bank Checking (X) | A | Interest | N | T | Open | 02/06/15 | M | | |
| 40. Franklin Dynatech Fund Cl A | | None | J | T | Buy | 12/17/15 | J | | |
| 41. Franklin Equity Income Fund A | | None | J | T | Buy | 12/17/15 | J | | |
| 42. Franklin Fed Intr--Tm Txfr Incm A | | None | J | T | Buy | 12/17/15 | J | | |
| 43. Franklin Fed Ltd Term Tax Free | | None | J | T | Buy | 12/17/15 | J | | |
| 44. Franklin Fed Tax-Free Income A | | None | J | T | Buy | 12/17/15 | J | | |
| 45. Franklin Growth Series Class A | | None | J | T | Buy | 12/17/15 | J | | |
| 46. Franklin High Yield Tax Free A | | None | J | T | Buy | 12/17/15 | J | | |
| 47. Franklin Mut Glbl Dscv Fd Cl A | A | Distribution | J | T | Buy | 12/17/15 | J | | |
| 48. Franklin Rising Dividends Fd A | | None | J | T | Buy | 12/17/15 | J | | |
| 49. Templeton Global Smaller Cos A | A | Dividend | J | T | Buy | 12/17/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Karen N. | 05/11/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Items 23-28:  All held as executor of Estate #1.

Part VII, Item 38:  Held as trustee of Trust #1.

Part VII, Items 39-49:  Held as trustee of Trust #2.

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Karen N. Moore**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544